Decided July 2, 1998

## STATE OF CONNECTICUT *v.* DEREK MAIA

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 677 (AC 16931), is denied.

*Pamela S. Nagy*, assistant public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided July 2, 1998